THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. ACT. NO. 23-29-UNA |
| ) | |
| YOEL BAEZ MARTE, ) | |
| ) | |
| Defendant. ) | |

**REDACTED**

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

On or about March 24, 2023, in the District of Delaware, Yoel Baez Marte, the defendant, an alien, was found in the United States after having been removed therefrom on or about May 2, 2017, and July 19, 2022, and whose last removal was subsequent to a conviction of Illegal Reentry, a crime punishable by more than one year in prison, not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

_____
Foreperson

DAVID C. WEISS
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 4/4/23

APR - 4 2023